20 So.2d 731

### R. L. FAUST v. S. BAKER.

#### 4 Div. 359.

Supreme Court of Alabama.

Feb. 1, 1945.

W. L. Lee & Alto V. Lee, III, both of Dothan, for petitioner.

Chas. O. Stokes, of Ozark, opposed.

GARDNER, Chief Justice.

Petition of R. L. Faust for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Faust v. Baker, 31 Ala.App. 596, 20 So.2d 727.

Writ denied.

THOMAS, FOSTER and STAKELY, JJ., concur.